# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **ANTHONY SAUNDERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:09cv0328 |
| v. ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | By: Michael F. Urbanski |
| **Commissioner of Social Security,** ) | United States Magistrate Judge |
| ) | |
| Defendant. ) | |

## **ORDER**

For reasons stated in the accompanying Memorandum Opinion, summary judgment is hereby entered for the defendant. It is **ORDERED** that this case be dismissed and stricken from the docket of the court.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

                                              Entered: October 18, 2010.

                                              /s/ Michael F. Urbanski

                                              Michael F. Urbanski
                                              United States Magistrate Judge